NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

URIAN YOUNG, *Petitioner*.

No. 1 CA-CR 22-0532 PRPC
FILED 4-4-2023

Petition for Review from the Superior Court in Maricopa County
No. CR1994-010928
The Honorable Scott S. Minder, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Krista Wood
*Counsel for Respondent*

Urian Young, San Luis
*Petitioner*

---

## MEMORANDUM DECISION

Acting Presiding Judge Michael J. Brown, Judge Michael S. Catlett and Judge Anni Hill Foster delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**     Petitioner Urian Young seeks review of the superior court's order dismissing his petition for post-conviction relief. This is petitioner's fourth petition.

**¶2**     Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**     We have reviewed the record in this matter, the superior court's order dismissing the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4**     We grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED:    AA